# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY HOSPITAL OF FRESNO,<br><br>　　　　　Defendant. | CASE NO. 1:19-cv-01266-AWI-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO STATE A CLAIM**<br><br>**(Doc. No. 7)** |

　　　　On September 11, 2019, Plaintiff Jose Leal, a prisoner in the custody of Wasco State Prison and proceeding pro se, filed a civil rights complaint against Defendant Community Hospital of Fresno, in which he seeks to proceed on a claim based on the removal of his infant daughter from his custody. (Doc. No. 1.) Plaintiff also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, which was granted on September 16, 2019. (Doc. Nos. 2 & 3.)

　　　　On September 24, 2019, the undersigned issued a screening order finding that Plaintiff failed to state any cognizable claims and granted Plaintiff twenty-one days leave to file an amended complaint curing the pleading deficiencies identified in the order. (Doc. No. 4.) Although more than the allowed time passed, Plaintiff failed to file an amended complaint or otherwise respond to the court's screening order.

　　　　On October 23, 2019, an order issued for Plaintiff to show cause ("OSC") within twenty-one days why the action should not be dismissed for his failure to comply with the Court's screening order and for failure to state a claim. (Doc. No. 6.) Plaintiff was warned in both the screening order and the OSC that the failure to comply with the court's order would result in a recommendation to

the presiding district judge of the dismissal of this action. (*Id. See also* Doc. No. 4.) Plaintiff failed to file a response to the OSC.

On November 22, 2019, the assigned magistrate judge issued findings and recommended that the case be dismissed with prejudice for failing to comply with the court's order to show cause, for failure to prosecute, and for failure to state a claim. (Doc. No. 7.) Plaintiff was granted twenty-one (21) days in which to file objections to the findings and recommendation. (*Id.*) No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendation are supported by the record and proper analysis.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation dated November 22, 2019 (Doc. No. 7), are ADOPTED IN FULL;
2. This action is DISMISSED WITH PREJUDICE; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 27, 2019

SENIOR DISTRICT JUDGE